## (January 16, 1956)

■ SYLVIA SPRUNG, Respondent, v. SAMUEL J. LOEWENSTEIN et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ MURRAY M. BAUMANN, Respondent, v. GULF OIL CORP. et al., Appellants. — In an action to recover damages for personal injuries, the jury rendered a verdict in favor of respondent for $31,000. The appeal is from the judgment entered thereon, solely on the ground that the amount is excessive. Judgment reversed and a new trial granted, with costs, unless, within ten days after the entry of the order hereon, respondent stipulate to reduce the amount of the verdict to $10,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion, the verdict is grossly excessive when related to the credible, competent evidence. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ MORRIS BOOKE, Respondent, v. TILLIE BOOKE, Appellant.— In an action by a husband for separation on the grounds of abandonment and cruelty, his wife counterclaimed for a separation on the ground of abandonment. The appeal is from a judgment entered after trial insofar as it grants a separation to the husband on the grounds of abandonment and cruelty, dismisses the wife's counterclaim, and directs respondent to pay appellant $15 a week for the support of the infant child of the parties, whose custody was awarded to appellant. Judgment modified on the law and the facts by striking therefrom the words " the cruel and inhuman treatment of the plaintiff, Morris Booke, by the defendant, Tillie Booke, and " wherever they appear. As so modified, judgment unanimously affirmed, without costs. Findings of fact inconsistent herewith are reversed and new findings will be made as indicated herein. In our opinion, respondent failed to prove cruel and inhuman treatment by appellant. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Settle order on notice. [207 Misc. 999.]

■ FRANK H. HILLEL et al., Doing Business as F. H. HILLEL Co., Appellants, v. MOTOR HAULAGE Co., INC., Respondent.— In an action to recover damages, based upon the alleged fraudulent alteration of a certain warehouse receipt, the complaint was dismissed after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of PETER VENIZELOS, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Proceeding to review a determination of the State Rent Administrator denying appellant's petition and dismissing the proceeding. Order unanimously affirmed, without costs. A question of fact with respect to good faith was presented for the determination of the State Rent Administrator. (*Matter of Kaplan* v. *McGoldrick,* 279 App. Div. 615.) Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.